

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-16-00103-CV |
| IN RE: LINDA S. RESTREPO AND CARLOS E. RESTREPO, | § | ORIGINAL PROCEEDING |
| | § | ON PETITION FOR WRIT OF |
| RELATORS. | § | PROHIBITION |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' motion to stay and petition for writ of prohibition against the Honorable Stephen Ables, Presiding Judge of the County Court at Law No. 5 of El Paso, Texas, and concludes Relators' motion to stay and petition for writ of prohibition should be denied. We therefore deny the motion to stay and petition for writ of prohibition, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 1ST DAY OF JUNE, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., Not Participating